**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00037-CR

**JOHN KENNETH WEEKLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F09-55995-H**

## ORDER

The Court **GRANTS** appellant's January 13, 2015 motion for extension of time to file the notice of appeal. Appellant's December 30, 2014 notice of appeal is timely filed.

/s/     ADA BROWN
JUSTICE